# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOUNTAIN CREST SRL, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:17-cv-595<br>) |
| ANHEUSER-BUSCH InBEV SA/NV,<br>individually and as successor to InBev<br>SA/NV and Interbrew S.A.; and | )<br>)  Notice of Appeal<br>)<br>) |
| MOLSON COORS BREWING COMPANY,<br>individually and as successor to Molson<br>Canada Inc., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Mountain Crest SRL, LLC, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgement (Dkt. #61) granting Defendants' Motion to Dismiss entered into this action on May 17, 2018.

Dated: June 15, 2018,

*/s/ Charles E. Benoit*

Charles E. Benoit
*Attorney for Plaintiff,*
1629 K St. NW, Ste 300
Washington, DC 20006
Tel: (202) 734-0939
charles.benoit@cebenoit.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I caused the foregoing Plaintiff's Notice of Appeal to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Charles E. Benoit*

Charles E. Benoit

*Attorney for Plaintiff,*
1629 K St. NW, Ste 300
Washington, DC 20006
Tel: (202) 734-0939
charles.benoit@cebenoit.com