IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOUNTAIN CREST SRL, LLC,

    Plaintiff,

  v.

ANHEUSER-BUSCH INBEV SA/NV,
individually and as successor to InBev
SA/NV and Interbrew S.A. and MOLSON
COORS BREWING COMPANY,
individually and as successor to Molson
Canada Inc.,

    Defendants.

Case No. 17-cv-595-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Anheuser-Busch InBev SA/NV and Molson Coors Brewing Company against plaintiff Mountain Crest SRL, LLC dismissing this case with prejudice

| s/ R. Swanson, Deputy Clerk | 4/24/2020 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |